DUPLICATE ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

JAMES DIMARIA,

               Petitioner,

   - against -

DALE ARTUS, Superintendent of Clinton Correctional Facility,

               Respondent.

------------------------------------------------x

08 Civ. 4547 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

     In accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States Courts, I have considered this motion preliminarily and direct that respondent file an answer within thirty (30) days of the date of this order. The clerk of the court is directed to serve, by certified mail, return receipt requested, a copy of this order and the underlying petition on the respondent and the Attorney General of the State of New York.

Dated: New York, New York
         August 5, 2008

SO ORDERED

_____
Thomas P. Griesa
U.S.D.J.