## OFFICE OF THE DISTRICT ATTORNEY, Bronx County

**ROBERT T. JOHNSON**
*District Attorney*

**MARY JO L. BLANCHARD**
*Assistant District Attorney*
*Appeals Bureau*

198 East 161st Street
Bronx, New York 10451

(718) 590-7981
Fax (718) 590-6523
www.bronxda.nyc.gov

September 3, 2008



RECEIVED
SEP - 5 2008
CHAMBERS OF
JUDGE GRIESA

Honorable Thomas P. Griesa
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007

Re:  DiMaria v. Artus
     08 Civ. 4547 (TPG)

Your Honor:

    Yesterday, this Office received a copy of Your Honor's Order dated August 5, 2008 from Assistant Attorney General Ashlyn Dannelly. Pursuant to your order, the response date for the above-captioned habeas petition is September 5, 2008. I am the Assistant District Attorney assigned to answer the petition. As a supervising attorney in the Appeals Bureau of the Office of the District Attorney, Bronx County, I carry a full appellate caseload in addition to my duties supervising Assistant District Attorneys and support staff. In light of my existing responsibilities and the timing of our receipt of your order, I am unable to frame an adequate response to petitioner-appellant's *pro se* habeas petition by the current filing deadline, and, therefore, request an extension to December 5, 2008. This is respondent's first request for this relief. I have neither sought nor received consent from my incarcerated *pro se* adversary.

Sincerely,

Mary Jo L. Blanchard
Assistant District Attorney
Appeals Bureau

cc: James DiMaria
    DIN 99-A-0843
    Clinton Correctional Facility
    P.O. Box 2000
    Dannemora, New York 12929

Approved
Thomas P. Griesa
SJD
9/5/08